UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN A. IMHOF III,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. C19-5157-BAT

**ORDER RE AWARD OF EAJA ATTORNEY'S FEES AND COSTS 28 U.S.C. § 2412**

ORDER

Based upon the motion of the plaintiff, for which there is no opposition, it is hereby

Ordered, Adjudged, and Decreed that the plaintiff shall have a judgement against the defendant for attorney's fees and expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* in the amount of $9,874.85 for attorney's and paralegal fees, and expenses in the sum of $13.70 for service of the summons and complaint in this matter, for a total award of $9,888.55. It is further

Ordered, Adjudged, and Decreed that in accordance with *Astrue v. Ratliff*, 560 U.S. 586, 586, 130 S. Ct. 2521, 2522, 177 L. Ed. 2d 91 (2010), plaintiff's EAJA fees and expenses award is subject to any offset allowed pursuant to the Department of the Treasury's Offset Program. *See Id.* If it is determined that the plaintiff's EAJA award is not the subject to any offset allowed

ORDER RE AWARD OF EAJA ATTORNEY'S FEES AND COSTS - 1

pursuant to the Department of the Treasury's Offset Program, then the check for the EAJA fees and expenses shall be made payable to and mailed to plaintiff's counsel, Charles W. Talbot, Esq., at Talbot and Associates, P.S., 5005 Center Street, Suite E, Tacoma, Washington 98409.

DATED this 24th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge